UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 17 CR 417-01 |
| ) | |
| AUSTIN JONES, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE

NOW COMES the Defendant, AUSTIN JONES, by and through his attorney, TERRENCE P. LEFEVOUR, and requests that this Honorable Court modify the conditions of his pre-trial release.

In support of this motion, Defendant states as follows:

1. The Defendant, Austin Jones, is currently released on bond relating to allegations contained in a Criminal Complaint filed in Case # 17 CR 417.

2. Mr. Jones has been in full compliance with his Conditions of Release since June, 2017 He is now requesting that his home detention be suspended on Wednesday, December 13, 2017, from 3:15 p.m. to 8:30 p.m. so that he may travel with his mother Robyn Scurek, his third party custodian, to his aunt, Julia Scurek's, wake at the Curley Funeral Home, 6116 W. 111th Street, Chicago Ridge and then on Thursday, December 14, from 9 a.m. to 4 p.m. to attend her funeral at St. Damian's, 5250 W. 155th Street, Oak Forest, Illinois and her burial thereafter.

3. Defense counsel has informed the Government's counsel of said motion, and the Government does not object to this request, subject to any objection or conditions

otherwise suggested by Pre-Trial Services. Defense Counsel has also spoken to his pre-trial officer, Justin Wiersma, who likewise has no objection, subject to the following : the Defendant is to be in the presence of his mother, Robyn Scurek, at all times while out of the house, and also that all final arrangements for Wednesday and Thursday are to be discussed in detail with the Pre-Trial Officer (many of which have already been communicated).

**WHEREFORE**, Austin Jones requests that this Honorable Court modify the conditions of his pre-trial release as requested above.

Respectfully submitted,

_____/s/_____
Terrence P. LeFevour

Terrence P. LeFevour
Attorney for Defendant Jones
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
312-782-5075

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 17 CR 417 |
| | ) | |
| AUSTIN JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

**TO:** **AUSA Elizabeth Pozolo
U.S. Attorney's Office
219 S. Dearborn Street, Suite 500
Chicago, IL 60602**

**PLEASE TAKE NOTICE** that on December 11, 2017, I filed electronically with the clerk of

the United States District Court for the Northern District of Illinois, Eastern Division, the attached

**Motion to Modify Conditions of Pre-Trial Release**. A true and correct copy is attached hereto and hereby served upon you.

Respectfully Submitted,

_____/s/_____
Terrence P. LeFevour

Terrence P. LeFevour
Attorney for Defendant Jones
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-5075

## Certificate of Service

I, Terrence P. LeFevour, an attorney certify that the attached copy of the document stated above was delivered, electronically, to A.U.S.A. Elizabeth Pozolo on this 11th day of December,2017.

_____/s/_____
Terrence P. LeFevour

Terrence P. LeFevour
Attorney for Defendant Jones
190 S. LaSalle Street
Suite #520
Chicago, Illinois 60603
(312)782-5075