# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:17−cr−00417
Honorable Michael T. Mason

Austin Jones

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 12, 2018:

MINUTE entry before the Honorable Michael T. Mason:Status hearing held on 10/12/18 as to Austin Jones (1). As stated in open court, the Order Setting Conditions of Release is amended to reflect that defendant is removed from Home Incarceration and placed on Home Detention with Location Monitoring. This will allow Pretrial Services to approve the defendant to seek employment and possibly work only in jobs that are approved by Pretrial Services. Furthermore, defendant, Austin Jones (1) is directed to refrain from any contact with any person under the age of 18 years of age. Status hearing set for 10/25/2018 at 03:00 p.m.in courtroom 2266. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.