# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America ) | |
| ) | Case No: 17 CR 417 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Austin Jones ) | |

## ORDER

The Government's unopposed motion for an extension of time to return an indictment or file an information, pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), to and including December 5, 2018 [57] is granted. The Government is granted leave to file the Attachment to the motion under seal.

(X-T)

Dated: November 2, 2018              /s/ Chief Judge Ruben Castillo