**FILED**

JAN 17 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 17cr417 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 2252A(a)(2)(A) |
| AUSTIN JONES | |

JUDGE LEE

### INFORMATION   MAGISTRATE JUDGE MASON

The UNITED STATES ATTORNEY charges:

On or about May 4, 2017, at Bloomingdale, in the Northern District of Illinois, Eastern Division, and elsewhere,

AUSTIN JONES,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce and which image had been shipped and transmitted in and affecting interstate and foreign commerce by any means; including by computer;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

_____
UNITED STATES ATTORNEY