

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA,      ) | |
| )                                              | |
| Plaintiff,                                  )     | |
| )                                              | |
| v.                                             )     | No. 17 CR 417 |
| )                                              | |
| AUSTIN JONES,                        )     | |
| )                                              | |
| Defendant.                             )     | |

## AMENDED ORDER

This matter coming before the court on the Movant, KYM FOGLIA's, Motion to Release Cash Bond. It is the order of the court that the Clerk of Court shall return to the Surety, **ROBYN SCUREK**, the sum of **$50,000** that was deposited with the clerk for bond in this matter under Receipt Number 4624184054 together with any and all accrued interest since the date of deposit.

ENTERED THIS __9__ day of __October__, 2019.

_____
John Z. Lee
United States District Court Judge